# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MICHE BAG, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE MARSHALL GROUP, INC., d/b/a SIERRA'S, an Indiana corporation,<br><br>Defendant. | Civil Action No. 3:10-cv-00129-RLM-CAN<br>Honorable Judge Robert L. Miller<br><br>**JURY TRIAL DEMANDED** |

### AFFIDAVIT OF CORBIN CHURCH IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Corbin Church, declare as follows:

1. I am a citizen of the United States, am over the age of 21, and am competent to testify as to the matters set forth herein.

2. I am the CEO of Miche Bag, LLC ("Miche Bag") and have been employed at Miche Bag since July 2007.

3. My duties at Miche Bag include, but are not limited to, overseeing the day-to-day operations of the company.

4. I am also responsible for monitoring competitors' products to determine if any of Miche Bag's intellectual property rights are being compromised.

5. The unique design of the Miche Bag products allows the user to change the look of the bag by changing the outer cover or shell.

6. Miche Bag is a pioneer in the sale of bundled purse products.

7. Miche Bag was the first company to introduce its unique hand bag design into the industry.

8. As a result of its pioneering efforts in the area of bundled purse products, Miche Bag has acquired a large portfolio of intellectual property rights.

9. Miche Bag's intellectual property portfolio includes, but is not limited to, United States Patent No. D610,801; United States Patent No. D611,705; United States Patent No. D613,062; and Unites States Patent No. 6,186,201.

10. Miche Bag's intellectual property rights include trade dress rights in the overall appearance of Miche Bag's small handbag consisting of a combination of features, including, but not limited to,

    a. a unique slightly-curved upper aspect of the bag,
    b. unique curved straps,
    c. chrome, oval buckles,
    d. rigid, polygonal-shaped body
    e. inset sides,
    f. trapezoidal-shaped zipper ends,
    g. removable decorative covers for the purses and handbags that enable a consumer to utilize the same purse or handbag with different removable decorative covers, which come in a variety of distinctive colors, textures, and patterns,
    h. two-tone appearance, and
    i. size of about 5.75" (wide) x 11.75" (long) x 6.5" (tall),

    all of which combine to form an overall uniform appearance, look, and image of Miche Bag's products.

11. Miche Bag's intellectual property rights include trade dress rights in the overall appearance of Miche Bag's large handbag consisting of a combination of features, including, but not limited to,

    a. unique flexible straps,
    b. chrome, round buckles,

  c. removable decorative covers for the handbags that enable a consumer to utilize the same purse or handbag with different removable decorative covers with fold-over flaps, which covers come in a variety of distinctive colors, textures, and patterns,

  d. two-tone appearance, and

  e. size of about 5" (deep) x 15" (long) x 12" (tall),

all of which combine to form an overall uniform appearance, look, and image of Miche Bag's large handbag.

12. Both the Miche Bag small handbag and the Miche Bag large hand bag are offered in black and brown colors.

13. Miche Bag commits extensive resources to acquiring, protecting, and enforcing its various intellectual property rights.

14. Various companies have attempted to copy Miche Bag's handbags in an effort to benefit from the goodwill associated with Miche Bag. However, Miche Bag commits significant resources to enforcing its intellectual property rights in order to keep such copyists out of the market. Thus, presently, Miche Bag has no major, legitimate competitors in the bundled purse product market.

15. Miche Bag's products have been on the market since at least as early as July 2007.

16. Miche Bag has been using its distinctive trade dress since at as early as July 2007.

17. Miche Bag's sales related to bundled purse products for 2009 were $27 million dollars.

18. Miche Bag's projected sales related to bundled purse products for 2010 are in excess of $50 million dollars.

19. Miche Bag expends considerable money and effort to market its products.

20. Miche Bag's products are marketed and can be purchased, among other ways, on Miche Bag's website, www.michebag.com, through a worldwide network of authorized Miche Bag distributors, home-party representatives, and retailers, and on

3

television, including several local morning news programs and on the Home Shopping Network.

21. In addition to retail distribution, Miche Bag sells its handbags through home parties hosted by Miche Bag approved representatives.

22. Miche Bag authorizes distributors, home-party representatives, and retailers to sell Miche Bag products according to certain guidelines.

23. Miche Bag has experienced significant interest in its unique line of handbags such that Miche Bag's worldwide marketing network is built through persons and/or businesses contacting Miche Bag and requesting to become part of Miche Bag's worldwide marketing network.

24. In Miche Bag's experience, many consumers of Miche Bag handbags become so enamored with Miche Bag's unique handbags that many consumers request to be part of Miche Bag's marketing network. Thus, Miche Bag expands its business through the sale of its handbags and by concurrently offering the opportunity to its customers to become part of the Miche Bag worldwide network of distributors, representatives, and retailers of Miche Bag products.

25. I became aware that The Marshall Group, Inc. d/b/a Sierra's ("Sierra's") was selling knock-off products based upon a Sierra product brochure I received in 2009.

26. A review of Sierra's product in the Sierra's brochure confirmed that the product was substantially the same as the Miche Bag products.

27. Sierra's knock-off products are sold under the name "Seasons by Sierra."

28. Sierra's products are sold in direct competition with and at a lower price point than Miche Bag's products.

29. Sierra's lower price point enables distributors and retailers to sell Sierra's products at lower prices, while simultaneously increasing their profit margin.

30. Sierra's lower price point motivates distributors and retailers to purchase Sierra's lower-priced products rather than Miche Bag's products.

31. This, in turn, forces Miche Bag to lower its price structure, causing significant price erosion from which Miche Bag will be unable to recover.

32. Sierra's lower prices sour interest in Miche Bag's products, which in turn harms Miche Bag's worldwide network of distributors, representatives, and retailers that is established through interest in and enthusiasm for Miche Bag's unique handbags.

33. Sierra's products were reviewed at a trade show in February 2010 where Miche Bag was able to obtain a copy of Sierra's catalogue. A copy of Sierra's catalogue is attached hereto as Exhibit 1.

34. Based upon review of Sierra's product at the February 2010 trade show and the pictures in Sierra's catalogue, it was clear that Sierra's products infringed Miche Bag's intellectual property rights.

35. Based upon review of Sierra's product catalog, it was clear the Sierra's intended to copy Miche Bag's products and product line, in part through Sierra's copying of Miche Bag's graphical explanation of Miche Bag's handbags. A copy of Miche Bag's graphical explanation of Miche Bag's handbags appears on Miche Bag's web site at http://www.michebag.com/pages/how-to, a copy of which is attached hereto as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

EXECUTED this 6th day of May, 2010 in South Jordan, Utah.

By: _____
Corbin Church

5

On the ___6th___ day of May, 2010, before me personally appeared Corbin Church, known to me to be the person described and who signed the foregoing Affidavit in my presence and acknowledged under oath before me that he has read the same and knows the contents thereof and that he executed the same as his free act and deed and for the purposes set forth therein.

*Roberta Rowan*
NOTARY PUBLIC

Residing at: Salt Lake County

My Commission Expires:
___7-9-2012___

ROBERTA ROWAN
Notary Public State of Utah
My Commission Expires on:
July 9, 2012
Comm. Number: 575089

# EXHIBIT 1



We're pleased to present to you Season's, the hottest new concept in woman's accessories.  Season's brings you not only a wonderful handbag, but it offers over 30 different fashion looks – a different purse for every day of the month!  There is no need to empty your purse each time you feel like changing – now all you have to do is take out the inner bag and magnetically snap on your new cover!

Our standard size purses offer two styles of wraps:



3-Sided Wrap

Full Wrap

## Standard Purse Bases
Compartment size - 12" x 7" x 4"



SBR Small Inner Bag, Brown • SBK Small Inner Bag, Black

# 3-Side Wraps


SW118 Weave


SW113 Red Croc


SW104 Purple Passion


SW114 Black Plaid


SW112 Classic Zebra


SW115 Blue Croc

# 3-Side Wraps


SW106 Alligator


SW111 Festive Zebra


SW119 Classic Giraffe


SW107 Black Snake


SW103 Giddy Up


SW117 Rasberry Croc


SW102 Giraffe


SW108 Sapphire


SW105 Austin


SW110 Brown Croc


SW109 Fling


SW101 Black Croc

www.SierrasFootwear.com • 866-582-9094

# Full Wraps


SF111 Blue Ostrich


SF103 Purple Croc


SF102 Chartreuse Croc


SF104 Taupe and Snake


SF109 Mystic Orange


SF106 Boca Blue


SF101 Summer Fun


SF108 Scarlet


SF105 Brown Microsnake


SF107 Green Cayman


SF110 Pink Ostrich


*Seasons by Sierra's purses utilize secure credit card safe magnetic clips.*

www.SierrasFootwear.com • 866-582-9094

# Large Purse Wraps



### Large Purse Bases
Compartment size - 14" x 11" x 5"

SB309 Python

SLBK Large Inner Bag, Black

SLBR Large Inner Bag, Brown

SB303 Hampton Orange

www.SierrasFootwear.com • 866-582-9094



SB304 Electric Zebra    SB302 Ostrich    SB310 Bling

SB306 Summer Time    SB309 Python    SB301 Red Giraffe

SB305 Boston Weave    SB308 Cheyenne    SB307 Houston

www.SierrasFootwear.com • 866-582-9094

# Accessories



SABK Adjustable Strap Black



SCBK Chain Strap Black



SABR Adjustable Strap Brown



SCBR Chain Strap Brown

## Standard Purse Bases
Compartment size - 12" x 7" x 4"

## Large Purse Bases
Compartment size - 14" x 11" x 5"



SBR Small Inner Bag, Brown • SBK Small Inner Bag, Black



SLBR Large Inner Bag, Brown • SLBK Large Inner Bag, Black

# EXHIBIT 2

Items: 0$0.00 | checkout



Follow Us:







home
blog
how it works
miche international
miche locator
opportunities
frequently asked questions
Shop:
The Miche Base Bag

- 
Small Shells

- 
Big Shells

- 
Accessories

- 
Custom Miche

- 
Help!

# What Is the Miche Bag?

The Miche Bag presents a new line of designer hand bags like you never seen before! It's chic, fun, stylish and it's all the same bag. With the Miche Bag you can change the look of your handbag by simply changing the shell! Forget all the time and hassle of transfering your things from one bag to another with the Miche Bag you can have a new look in 3 seconds or less!

## How do I change shells?

In just 3 easy steps..





## How do I order?

First...

case 3:10-cv-00129-RLM -CAN   document 32-1    filed 05/19/10    page 19 of 19

- Pick out your Miche Bag Base. There are 2 sizes to choose from Small or Large.

Then...

- Choose your Miche Bag Shells. Depending on your Base Bag you can choose from our wide selection of Small Shells or Big Shells. There are tons of covers to choose from so take your time!

Lastly...

- Accessorize! There are lots of extra straps and accessories to choose from to compliment your Miche Bag in our Accessories section!

... And now you have a Miche Bag!

- home
- bags
- shells
- blog
- about
- how it works
- opportunities
- locator
- in the news
- contact
- frequent questions
- affiliates
- privacy policy
- terms & conditions
- return policy
- Miche Bag Shells
- Tote Bags
- Purse Party Central

© Miche Bag. All Rights Reserved.