# EXHIBIT A

Trade Dress:

    Learned of Sierra's products in 2009 (*See, e.g.*, Affidavit of Corbin Church, Docket No. 11-1, ¶ 25.).

    Sent cease and desist letter to Sierra's December 15, 2009 (*See*, Docket No. 11-2, page 5).

    Filed First Complaint April 9, 2010 alleging Trade Dress Infringement and Design Patent Infringement (*See*, Complaint, Docket No. 1, page 1).

    Filed Amended Complaint May 7, 2010 alleging Trade Dress Infringement, Design Patent Infringement, Utility Patent Infringement and Copyright Infringement (*See*, Amended Complaint, Docket No. 9, page 1).

    Requested TRO/Preliminary Injunction May 11, 2010 (*See*, Docket No. 10, page 1).

Design Patent Infringement:

    Learned of Sierra's products in 2009 (*See, e.g.*, Affidavit of Corbin Church, Docket No. 11-1, ¶ 25.)

    Sent cease and desist letter to Sierra's December 15, 2009 (*See*, Docket No. 11-2, page 5)

    Design Patents issue March 2, 2010, March 16, 2010, and April 6, 2010 (see, Exhibit 1 To Amended Complaint, Docket No. 9-1).

    Filed First Complaint April 9, 2010 alleging Trade Dress Infringement and Design Patent Infringement (*See*, Complaint, Docket No. 1, page 1).

    Filed Amended Complaint May 7, 2010 alleging Trade Dress Infringement, Design Patent Infringement, Utility Patent Infringement and Copyright Infringement (*See*, Amended Complaint, Docket No. 9, page 1).

    Requested TRO/Preliminary Injunction May 12, 2010 (*See*, Docket No. 14, page 1).

Copyrights:

    Obtained Registration for Copyrights: November 19, 2008, September 1, 2009 (See, Exhibit 2 to Amended Complaint, Docket No 9-2).

    Learned of Sierra's products in 2009 (*See, e.g.*, Affidavit of Corbin Church, Docket No. 15-1, ¶ 25.).

    Obtained a catalog with TMG's "giraffe-based" bags in February 2010 (See, e.g, Affidavit of Corbin Church, Docket No. 11-1, ¶¶ 33, 34.).

    Filed Amended Complaint May 7, 2010 alleging Trade Dress Infringement, Design Patent Infringement, Utility Patent Infringement and Copyright Infringement (*See*, Amended Complaint, Docket No. 9, page 1).

    Requested TRO/Preliminary Injunction May 14, 2010 (*See*, Docket No. 19, page 1).

<u>Utility Patent:</u>

    Learned of Sierra's products in 2009 (*See, e.g.*, Affidavit of Corbin Church, Docket No. 11-1, ¶ 25.).

    Filed Amended Complaint May 7, 2010 alleging Trade Dress Infringement, Design Patent Infringement, Utility Patent Infringement and Copyright Infringement (*See*, Amended Complaint, Docket No. 9, page 1).

    Requested TRO/Preliminary Injunction May 19, 2010 (Docket No. 32).